170 A.3d 310

STATE OF NEW JERSEY, DEPARTMENT OF CHILDREN
AND FAMILIES, RESPONDENT–RESPONDENT, v.
Y.N., APPELLANT–PETITIONER.

June 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000729–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.